UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---

SALVATORE GAMBITTA,

   Plaintiff,

v.

RAY CATENA CORP.,

   Defendant.

---

Civil Action No. 11-cv-07334 (ER)
ECF Case

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants, that his action is hereby dismissed and discontinued in its entirety with prejudice and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: February 29, 2012

By: _____
Neil H. Greenberg, Esq.
Neil H. Greenberg & Associates, P.C.
900 Merchants Concourse, Suite 314
Westbury, New York 11590
Attorneys for Plaintiff, Salvatore Gambitta

By: _____
Dina M. Mastellone, Esq.
Genova, Burns & Giantomasi
494 Broad Street, 6th Floor
Newark, New Jersey 07102
Attorneys for Defendant,
Ray Catena Corp.

SO ORDERED:

_____
Honorable Edgardo Ramos
United States District Judge

Dated: White Plains, New York
      March 14, 2012

505498-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2012